## MATIER v. CONE MILLS CORP.

No. 217P94

Case below: 114 N.C.App. 268

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## MILLER v. POOLE

No. 159P94

Case below: 114 N.C.App. 266

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## NORTH CAROLINA RAILROAD COMPANY v. CITY OF CHARLOTTE

No. 29P94

Case below: 112 N.C.App. 762

Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 16 June 1994. Petition by defendant (Norfolk Southern Railway) for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## PEACOCK v. BURCH

No. 176P94

Case below: 110 N.C.App. 316

Petition by Allstate for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 June 1994.

## PEELER v. TANNER

No. 98P94

Case below: 113 N.C.App. 425

Petition by intervenor (LeAnn Tanner) for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.